**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 30, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00637-CV

_____

### WILLIS PUMPHREY, Appellant

### V.

### FULL CIRCLE CAPITAL CORPORATION, Appellee

**On Appeal from the 421st District Court**
**Caldwell County, Texas**
**Trial Court Cause No. 16-0-279**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 12, 2018. On August 21, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby.